Certificate Number: 14912-MIE-DE-032720892

Bankruptcy Case Number: 19-44647


14912-MIE-DE-032720892

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>April 24, 2019</u>, at <u>10:50</u> o'clock <u>PM EDT</u>, <u>Theresia Pettiway</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date: <u>April 24, 2019</u>    By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>